IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSIE JONES, JR., <br><br> Petitioner, <br><br> v. <br><br> UNNAMED WARDEN <br> USP - ATLANTA, <br><br> Respondent. | CIVIL ACTION FILE <br> NO. 1:14-CV-716-TWT |

**ORDER**

This is a pro se habeas corpus action properly treated as a successive action under 28 U. S. C. § 2255.  It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending that the action be dismissed. No objections to the Report and Recommendation were filed.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 12 day of June, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Jones\14cv716\r&r.wpd